IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

HUNTER F. FLOOD                                                                                         PLAINTIFF

V.                                                                      CASE NO.: 3:20-CV-817 HTW-BWR

KILOLO KIJAKAZI,                                                                                    DEFENDANT
Acting Commissioner of Social Security

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Bradley W. Rath [doc. no. 24]. No objection or response to the Report and Recommendation has been filed. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court. The Magistrate Judge recommends affirming the decision of the Acting Commissioner of Social Security and dismissing the case with prejudice.

Plaintiff's social security appeal is dismissed with prejudice

**SO ORDERED AND ADJUDGED**, this the 11th day of September, 2022.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE